UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-14031-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDDIE ANDERSON,

    Defendant.
_____/

FILED by ___ D.C.

AUG 1 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON PETITION FOR MODIFICATION OF THE CONDITIONS OR TERM OF SUPERVISION [D.E. #435]

**THIS CAUSE** having come on to be heard upon the aforementioned Petition as well as the Agreed Recommended Resolution of Petition For Modification [D.E. #458] filed August 16, 2012, and this Court otherwise being advised in the premises, makes the following recommendations to the District Court:

1. This matter is set for a Final Hearing on August 17, 2012. This Court has just received an Agreed Recommended Resolution of Petition For Modification [D.E. #458] executed by counsel for the Defendant, the Defendant, counsel for the government, and the Defendant's U. S. Probation Officer. The Agreed Recommendation has been forwarded for the District Court's review.

2. The Agreed Recommended Resolution would modify the terms and conditions of the Defendant's supervised release in the manner set forth in that pleading. This Court would point out that this Agreed Recommended Resolution is subsequent to the Defendant's psychological evaluation by an expert designated by the United States Probation Office pursuant to this Court's Order of May 21, 2012 .

3.  Since all parties are in agreement with this particular manner of resolution of the issues contained within the original Petition filed by the United States Probation Office requesting modification of the Defendant's term of supervised release, this Court will recommend that the Agreed Recommended Resolution of Petition For Modification [D.E. #458] be adopted by the District Court and incorporated into the Defendant's judgment and sentence in this case thereby modifying his terms of supervised release.

**ACCORDINGLY,** this Court recommends to the District Court that the Agreed Recommended Resolution of Petition For Modification [D.E. #458] be accepted as executed by the parties and that the Defendant's judgment and sentence be amended to include these additional terms of supervised release.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _16th_ day of August, 2012, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Shaniek Maynard
AFPD Fletcher Peacock
USPO Dan Osking